UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ANGELA KAYE BELEW, et al.      ]
                               ]
v.                             ]     No. 1-01-0139
                               ]     Judge Higgins
GILES COUNTY ADULT-ORIENTED    ]
ESTABLISHMENT BOARD, et al.    ]

### O R D E R

In accordance with the memorandum contemporaneously entered, the claims of the plaintiff, Kathryn Theresa Piper, are dismissed with prejudice. The defendants are enjoined from enforcing §§ 7-51-1104(e) and 7-51-1110(b) of the Adult-Oriented Establishment Registration Act unless the status quo is maintained pending final judicial review. The defendants are also enjoined from enforcement of § 7-51-1113(a), (b), (j).

The entry of this order shall constitute the judgment in this action.

It is so ORDERED.

*Thomas A. Higgins*
Thomas A. Higgins
United States District Court
9-29-05